# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EARLAND COLLINS,

        Plaintiff,                      Case Number: 08-14881

v.                                           JUDGE PAUL D. BORMAN
                                                 UNITED STATES DISTRICT COURT

WAYNE COUNTY PROSECUTOR, et al.,

        Defendants.
_____ /

## ORDER DENYING PLAINTIFF'S MOTION FOR A RECEIPT

      Before the Court is Plaintiff's "Motion for Court Calendar Review," filed February 20, 2009. (Doc. No. 6). In his motion, Plaintiff requests a receipt for the filing fee Plaintiff paid to file a civil action in this Court. Due to his inability to pre-pay the filing fee, Magistrate Judge Steven Whalen waived the prepayment requirement and ordered Plaintiff to pay the filing fee in installments. (Doc. No. 3). This Court subsequently summarily dismissed Plaintiff's claim for failure to state a claim upon which relief can be granted. (Doc. No. 4). Notwithstanding the dismissal of Plaintiff's complaint, Plaintiff is still required to pay the filing fee in full and will not receive a receipt until he has paid the filing fee in full. Plaintiff has not paid the filing fee in full and, therefore, is not entitled to a receipt. Accordingly, Plaintiff's motion for a receipt is **DENIED**.

SO ORDERED.

                                              S/Paul D. Borman  
                                              PAUL D. BORMAN  
                                              UNITED STATES DISTRICT JUDGE

Dated:  April 16, 2009

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 16, 2009.

                                              S/Denise Goodine  
                                              Case Manager