UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARLAND COLLINS,

        Plaintiff,                                    Civil Case No.
                                                          08-CV-14881

vs.

                                                          PAUL D. BORMAN

WAYNE COUNTY PROSECUTOR, et al.,        UNITED STATES DISTRICT JUDGE

        Defendants.
_____/

**ORDER REGARDING PLAINTIFF'S OUTSTANDING MOTIONS RELATING TO A CASE THAT WAS CLOSED ON DECEMBER 22, 2008**

On December 22, 2008, the Court dismissed this case pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted. Plaintiff did not appeal.

On June 2, 2010, Plaintiff filed a motion entitled "Motion for Denial of Amendment V Due Process of Law to File A Complete Federal Complaint Under 42 U.S.C. 1983 Civil Rights and Denial of Amendment XIV Due Process of Law (in forma pauperis)." *See* docket entry 10.

On June 10, 2010, Plaintiff filed a motion entitled "Motion Requesting Court Record's Or Destroyed By Courthouse Appointment Attorney." *See* docket entry 11.

The Court has read both motions and is unable to determine, with any degree of certainty, what Plaintiff is asking of it. In the first motion, Plaintiff appears to take issue with the Court's decision to dismiss his case back in 2008. However, the time to appeal or seek reconsideration of the Court's judgment has long expired. Thus, to the extent Plaintiff requests a reexamination of the merits of his case, the motion is denied. To the extent Plaintiff requests something else, the motion is denied because the Court cannot discern what relief is being requested.

1

In the second motion, Plaintiff appears to be requesting a copy of some or all of the court documents relating to this case. These documents are publicly available and may be obtained through the Clerk's office.

The underlying case remains closed.

SO ORDERED.

S/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: June 14, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 14, 2010.

S/Denise Goodine
Case Manager